IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Civil Action No. 08-cv-02457-PAB-CBS

EDDIE NINO,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,
a Delaware limited partnership,

    Defendant.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

THIS MATTER comes before the Court upon the parties' Stipulation of Dismissal with Prejudice [Docket No. 20]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), this matter, and all claims asserted therein, is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

DATED April 2, 2009.

                                        BY THE COURT:

                                        s/Philip A. Brimmer
                                        PHILIP A. BRIMMER
                                        United States District Judge